UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAHANY SHIHADEH,

    Plaintiff,

v.                                           Case No: 8:23-cv-1326-CEH-SPF

I MICHELIN LLC and
IYAMILLE MICHELIN,

    Defendants.
_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on May 9, 2024 (Doc. 23). In the Report and Recommendation, Magistrate Judge Flynn recommends that Plaintiff's Motion for Final Default Judgment Against Defendant I Michelin LLC (Doc. 11), be granted in part and denied in part. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is now,

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 23) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Final Default Judgment Against I Michelin LLC (Doc. 11) is GRANTED in part and DENIED in part.

(3) Plaintiff is awarded the following amounts against Defendant I Michelin LLC: unpaid minimum wage compensation in the amount of $103.31 and liquidated damages in the amount of $103.31.

(4) The Clerk is directed to enter a final default judgment for Plaintiff and against I Michelin LLC on Count I of the Complaint in the amount of $206.62.

**DONE AND ORDERED** at Tampa, Florida on June 4, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record